Peter SCHUTTE et al., etc., v. NATIONAL ADHESIVES CORPORATION.

No. 7897.

Circuit Court of Appeals, Ninth Circuit.

June 17, 1935.

Heller, Ehrman, White & McAuliffe, of San Francisco, Cal., for appellants.

Dinkelspiel & Dinkelspiel, of San Francisco, Cal., for appellee.

Before WILBUR, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

On stipulation of counsel for respective parties, ordered appeal dismissed, without costs, that a decree of dismissal be filed and entered accordingly, and mandate of this court issued forthwith.

Harry SLEY, Appellant, v. UNITED STATES.

No. 5542.

Circuit Court of Appeals, Third Circuit.

June 19, 1935.

Benjamin H. Hellman and Marshall A. Coyne, both of Philadelphia, Pa., for appellants.

Harold M. Stephens, Asst. Atty. Gen., Charles D. McAvoy, U. S. Atty., of Philadelphia, Pa., Carl McFarland and A. H. Feller, Sp. Assts. to Atty. Gen., Robert L. Stern, Sp. Atty., of New York City, Philip F. Herrick, Asst. Counsel, NRA, and Henry W. Edgerton, Sp. Asst. to Atty. Gen.

Before WOOLLEY, DAVIS, and THOMPSON Circuit Judges.

WOOLLEY, Circuit Judge.

Upon consideration of the motion by the United States attorney for the Eastern District of Pennsylvania, made on June 5, 1935, that the judgment of the District Court of the United States for the Eastern District of Pennsylvania (8 F.Supp. 136) be reversed, pursuant to the recent decision of the Supreme Court of the United States in the case of United States v. Schechter, 55 S. Ct. 837, 79 L. Ed. ——, declaring the National Industrial Recovery Act (48 Stat. 195) unconstitutional, which motion was joined in by counsel for appellant. It is ordered that the judgment of the said District Court in this cause be and the same is hereby reversed.

DAVIS and THOMPSON, Circuit Judges, concur.

SLEY SYSTEM GARAGES, Appellant, v. UNITED STATES.

No. 5543.

Circuit Court of Appeals, Third Circuit.

June 19, 1935.

Marshall A. Coyne and Benjamin H. Hellman, both of Philadelphia, Pa., for appellant.

Henry W. Edgerton, Sp. Asst. to Atty. Gen., Harold M. Stephens, Asst. Atty. Gen., Charles D. McAvoy, U. S. Atty., of Philadelphia, Pa., Carl McFarland, Sp. Asst. to Atty. Gen., and Robert V. Bolger, Asst. U. S. Atty., of Philadelphia, Pa.

Before WOOLLEY, DAVIS, and THOMPSON, Circuit Judges.

WOOLLEY, Circuit Judge.

Upon consideration of the motion by the United States attorney for the Eastern District of Pennsylvania, made on June 5, 1935, that the judgment of the District Court of the United States for the Eastern District of Pennsylvania (8 F.Supp. 136) be reversed, pursuant to the recent decision of the Supreme Court of the United States in the case of United States v. Schechter, 55 S. Ct. 837, 79 L. Ed. ——, declaring the National Industrial Recovery Act (48 Stat. 195) unconstitutional, which motion was joined in by counsel for appellant, it is ordered that the judgment of the said District